# UNITED STATES DISTRICT COURT
for the

Western District of New York

State Division

Case No. 25 CV 194
*(to be filled in by the Clerk's Office)*

Darell Chruid Driscoll Sr
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

New York State Department of Corr
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)



## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Darell Chrud Driscoll Sr
All other names by which you have been known:
ID Number: 21B0443
Current Institution: Five Points Correctional Facility
Address: 6600 State Route 96
Caller box 400
Romulus, NY 14541
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: New York State Department of Correction
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City: Albany  State: New York  Zip Code:
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
City / State / Zip Code
[ ] Individual capacity  [ ] Official capacity

C. What date and approximate time did the events giving rise to your claim(s) occur?

October 2023       January 2024
November 2023
December 2023

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was assaulted by staff on multiple occassions on the above dates I just need the dates because its all on camera.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I did not recieve any medical attention I have a ongoing head injury neck and back injury. I'm suffering a head wound bleeding I need help.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I need the courts to award me money damages in the amount of $100 trillion dollars.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Five Points, Wende, Sing Sing, Upstate.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your cla... concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, pris... other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

to facility staff on camera,

2. What did you claim in your grievance?

That I was PC and should not have a cell mate.

3. What was the result, if any?

I got attacked upstate correctional fac.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Darell Chrud Driscoll Sr
   Defendant(s) New York State Department of Correction.

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court Western District of NY

3. Docket or index number
   1:24-CV-00821-LJV

4. Name of Judge assigned to your case
   Hon Lawrence J Valardo

5. Approximate date of filing lawsuit
   Sep 2024

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Feb 2025

Signature of Plaintiff    Darell C Driscoll
Printed Name of Plaintiff    Darell C. Driscoll
Prison Identification #    21B0443
Prison Address    Five Points Corr Fac
                 Romulus            NY        14541
                 City               State     Zip Code

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number              _____
Name of Law Firm        _____
Address                 _____
                        City    State    Zip Code
Telephone Number        _____
E-mail Address          _____

**Defendant No. 3**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

|City|State|Zip Code|

☐ Individual capacity  ☐ Official capacity

**Defendant No. 4**
Name
Job or Title *(if known)*
Shield Number
Employer
Address

|City|State|Zip Code|

☐ Individual capacity  ☐ Official capacity

**II.   Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Cruel and Unusual Punishment, Conspiracy

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Cruel & Unusual Punishment Conspiricy.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I was assualted and sexually assaulted by Five Points Correction staff I am suffering a head injury and I am unable to proceed because I was struck with a metal stick.

<u>United States District Court</u>
<u>Western District of New York</u>
<u>Federal Division</u>

<u>Darell Chrud Driscoll Sr</u>
Plaintiff
V.                                    Case No.: _____
~~Department of Corrections~~
~~John Doe et.al.~~
Defendants
sued in their individual capacity

<u>COMPLAINT WITH JURY DEMAND</u>
<u>Introduction</u>

This is a civil rights action filed by Darell Chrud Driscoll Sr, a state prisoner, for damages under 42 U.S.C. § 1983, alleging excessive use of force and denial of medical in violation of the Eighth Amendment to the United States Constitution and confinement in Segregation In violation of the Due Process Clause of the Fourteenth Amendment to the Constitution. The plaintiff also alleges the the torts of assault and battery and negligence.

<u>Jurisdiction</u>

1. This is a §1983, The Court has jurisdiction over the plaintiff's claims of violation of federal constitutional rights 42 U.S.C. § 1331(1) and 1343.

## Jurisdiction cont.

2. The Court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. #1367.

## Parties

3. The plaintiff, Darell Driscoll, was incarcerated at Five Points Correctional Facility during the events described in this complaint.
4. Defendants John Doe[s] are correctional officers employed at Five Points Correctional Facility. They are sued in their individual capacities.
5. Defendants John Doe is the Medical Administrator at Five Points and is responsible for ensuring provision of medical care to prisoners. He is sued in his individual and official capacities.
6. All the defendants have acted, and continue to act, under color of state law at all times relevant to this complaint
7. Defendant John Doe is responsible for conducting disciplinary hearing for prisoners accused of breaking prison rules.

## Facts.

8. During October of 2023 - January of 2024 the plaintiff was confined at several Correctional Facility, Five Points, Wende Sing Sing, and Upstate.
9. Plaintiff demands a Jury Trial.
10. All defendants was working under the color of state law.
11. December 2023, at Five Points Correctional Facility (CF) the plaintiff was struck by a baton, by defendant John Doe, rendered plaintiff unconcious.
12. Defendant John Doe then sexually assulted the plaintiff, and striped him of his clothing.
13. Plaintiff then was given a misbehavior report, and was given SHU time.
14. Plaintiff was then transfered to Wende C.F.
15. While at Wende C.F. an Incarcerated Individual (I.I) was allowed to enter plaintiff's cell, and attack the plaintiff
16. Plaintiff fought back the I.I.
17. The I.I. then ran out of the plaintiff's cell.
18. Plaintiff was placed in I.P.C.
19. Plaintiff was then transfered to Sing Sing C.F.
20. Plaintiff was cut by a unknown I.I.
21. Plaintiff was placed back into I.C.P.

22. Plaintiff had a verbal altercation with defendant John Doe.
23. John Doe then struck the plaintiff with a baton.
24. Plaintiff injurys was not noted.
25. Plaintiff was tranfered to Upstate C.F.
26. Twice a hostile I.I. was placed in plaintiffs cell
27. Plaintiff was then transfered to Auburn C.F.

### Exhaustion of Administrative Remedies

28. The plaintiff has exhaustion of administrative remedies with respect to all claims and all defendants.

### Claims for relief

29. The actions of defendants John Doe[s] in using physical force against the plaintiff without need or provocation, or in failing to intervene to prevent the misuse of force, were done maliciously and sadistically and consitituted cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution.

30. The actions of defendants John Doe in using physical force against the plaintiff without need or provocation constituted the tort of assault and battery under the law of New York.

31. The failure of defendant John Doe to take disciplinary or other action to curb the known pattern of physical abuse of Incarcerated Individual by defendants John Doe constituted deliberate indifference to the plaintiff's and other prisoner's safety and contributed to and proximately caused the

## Claims for relief cont.

above-described violation of Eighth Amendment rights and assault and battery.

32. The failure of defendants John Doe to provide medical care and any follow-up examination and treatment of any injury and any mental injury constitutes the tort of negligence under the law of New York.

## Relief Requested

WHEREFORE, plaintiff request that the court grant the following relief:

A. Issue a declaratory judgment stating that:

1. The physical abuse of the plaintiff by defendants John Doe violated the plaintiff's rights under the Eighth Amendment to the United States Constitution, and constituted an assault battery under state law.

2. Defendant John Doe failure to take action to curb the physical abuse of prisoners violated the plaintiff's rights under under the Eighth Amendment and constituted an assault and battery under state law

B. <u>Award compensatory damages in the following amounts:</u>

1. $100,000 jointly and severally against defendants John Doe for the physical and emotional injuries sustained as a result of the plaintiff's beating.
2. $10,000 jointly and severally against defendants John Doe for the punishment, including deprivation of liberty and amenity and emotional injury resulting from their denial of due process.
3. $50,000 jointly and severally against defendant John Doe for the physical and emotional injury resulting from their failure to provide adequate medical care to the plaintiff.

C. <u>Award punitive damage in the folling amount:</u>
 1. $20,000 each against defendant John Doe
    $10,000 each against defendant John Doe
    $20,000 each against defendant John Doe

D. <u>Grant such other relief,</u> as it may appear that plaintiff is entitled.

2-26-2025
Date

Respectfully,
Darell Chrud Driscoll
D. D....

AUBURN
P.O. BOX 618
AUBURN, NEW YORK 13021

NAME: Darell C Driscoll   DIN: 21B0443

MAR - 3 2025
BUFFALO

United States District Court
Western District of New York
2 Niagra Square
Buffalo New York 14202

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Darell Churd Driscoll, Sr.

**DEFENDANTS**
New York State Department of Correction

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*
25 CV 194

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS - PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
*Habeas Corpus:*
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
*Other:*
- [ ] 540 Mandamus & Other
- [x] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983 Prisoner Civil Rights Complaint
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE LJV  MAG. JUDGE ____